NUMBER 13-01-638-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

___________________________________________________________________

 

FIRST
RATE HOME HEALTH, INC., ET AL.,                             Appellants,

 

                                                   v.

 

HERMILA
MARTINEZ, ET AL.,                                                Appellees.

___________________________________________________________________

 

                        On appeal from the 139th District Court 

                                  of Hidalgo County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

         Before Chief Justice
Valdez and Justices Hinojosa and Yañez

                                       Opinion
Per Curiam

 








Appellants, FIRST RATE HOME HEALTH, INC., ET AL., perfected an appeal from a
judgment entered by the 139th District Court of Hidalgo
County, Texas, in cause number 1165-99-C.   After the record was filed, the parties
filed a joint motion to reverse and remand. 
In the motion, the parties state that they have reached a compromise
settlement agreement in this matter.

The Court, having
examined and fully considered the documents on file and  the parties= joint motion, is of the opinion that the motion
should be granted.  The joint motion is
granted, and the judgment of the trial court is hereby REVERSED and the cause
is REMANDED to the trial court in accordance with the parties= settlement
agreement.         

PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 22nd
day of August, 2002.